# EXHIBIT G

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT – LAW DIVISION**

| | | |
|---|---|---|
| HADEN KIRKPATRICK | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2025 L 010777 |
| v. | ) | |
| | ) | Calendar I |
| O'KEEFE MEDIA GROUP, LLC, | ) | |
| JAMES O'KEEFE and | ) | Honorable Judge Jonathon Clark Green |
| SABRENA SHABANDIR, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING OF NOTICE OF REMOVAL

Defendants O'Keefe Media Group, James O'Keefe and Sabrena Shabandir (Collectively "Defendants"), by and through their attorneys, hereby give notice that they filed a Notice of Removal in the United States District Court for the Northern District of Illinois Eastern Division on November 3, 2025, under Federal Case No. _____, pursuant to 28 U.S.C. §§ 1332, 1446(b)(3). A copy of the Notice of Removal is attached, served and filed herewith.

Upon the filing of the Noice of Removal with the Clerk of the United States District Court for the Northern District of Illinois, and filing copies thereof with the Clerk of the Circuit Court for Cook County, Illinois, Defendants have effectuated removal and the Circuit Court shall proceed no further in this action unless and until the case is remanded pursuant to 28 U.S.C. § 1446(d).

1

Dated: November 3, 2025                     Respectfully submitted,

                                                                    O'Keefe Media Group
                                                                    James O'Keefe
                                                                    Sabrena Shabandir

                                              By: */s/ Benjamin Barr*
                                                     Benjamin Barr
                                                     BARR & KLEIN PLLC
                                                     1050 30th Street NW
                                                     Washington, DC 20007
                                                     (202) 595-4671
                                                     ben@barrklein.com

                                                   */s/ Robert Dawidiuk*
                                                   Robert L. Dawidiuk
                                                   The Collins Law Firm, P.C.
                                                   1770 N. Park Street, Suite 200
                                                   Naperville, IL 60563
                                                   (630) 527-9365
                                                   rdawidiuk@collinslaw.com
                                                   Cook County Bar No. 32920

## **CERTIFICATE OF SERVICE**

  I, Robert L. Dawidiuk, an attorney, certify that on November 3, 2025, a copy of the foregoing document was served on the following counsel by E-Mail Delivery:

>Kristin M. Case
>Kate Sedey
>Case + Sedey, LLC
>250 South Wacker Dr., Ste. 230
>Chicago, Illinois 60606
>Tel. (312) 920-0400
>kcase@caseandsedey.com
>ksedey@caseandsedey.com

                 */s/ Robert L. Dawidiuk*