IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

HADEN KIRKPATRICK,

v.

O'KEEFE MEDIA GROUP,
JAMES O'KEEFE
and SABRENA SHABANDIR,

Defendants.
_____/

Case No. 25-CV-13435
Hon. Steven Seeger

## SECOND DECLARATION OF SABRENA SHABANDIR

I, Sabrena Shabandir, declare as follows:

1. **Personal Knowledge.** I am a defendant in this action. I am a citizen of the State of Arizona and currently reside in Arizona. I am over 18 years of age and am competent to make this declaration. The facts stated below are within my personal knowledge, and if called as a witness I could and would testify competently to them.

2. **Exhibits.** Attached as **Exhibit A** to Defendants' response is a true and correct copy of my lease agreement in Scottsdale, Arizona, dated June 3, 2025. It will be filed under seal and a redacted version will be filed on the public docket with Defendants' Response to Plaintiff's Motion to Remand. *See* ECF No. 10. Attached as **Exhibit B** to Defendants' Response is true and correct copy of my most recent utility bill, which shows power usage at my home in Scottsdale, Arizona since July, 2025. It will be filed under seal and a redacted version will be filed on the public docket. Attached as **Exhibit C** to Defendants' response is a true and correct copy of my most recent bank statement and credit card statement, respectively. It will be filed under seal and a "fully redacted" exhibit sheet will be filed on public docket. Attached as **Exhibit D** to Defendants' Response is a true and correct copy of confirmation of my change of

1

address with the address with the United States Postal Service, dated August 12, 2025\. It will be filed under seal and a redacted version will be filed on the public docket. Attached as **Exhibit E** to Defendants' Response is a true and correct copy of my employment agreement. It will be filed under seal and a "fully redacted" exhibit sheet will be filed on the public docket.

3. **Harassment of Undercover Journalists.** I am aware of the history of harassment of undercover journalists including James O'Keefe. James was raided by the FBI and investigated for several years over an investigation before the matter was dropped. When a journalist known as "Magnolia" was publicly identified, she was ridiculed on public television. There is a current effort in a lawsuit in Washington, D.C. to publicly identify defendant "Heidi Doe," another undercover journalist who has worked with OMG, which could also threaten her own work as a nurse. This has instilled in me a strong understanding that protecting my personal identifying information is crucial for safety.

4. **Safety at Home.** I am a single woman and I live alone. I am fearful that I could receive harassing mail or that I could be confronted in person at my home owing to my work as an undercover journalist. The spending identified on my financial statements could also be used to find me at locations I frequent outside of my home. I firmly believe that my address and personal contact information and financial information has absolutely nothing to do with this lawsuit.

5. **Safety at Work.** As a nurse, I work directly with patients. I do not choose which patients to work with and must work closely with each of them to assess them and provide care. If my home address or employment are exposed publicly, I am fearful this could lead to harassment at work or worse. At the very least, it would hinder my work by making me suspect that patients or visitors are present for ulterior purposes. Moreover, exposure could cause

patients to not trust me even though my work as an undercover journalist is wholly separate from my work as a nurse. Finally, given today's political climate, exposure or harassment could cause distrust and acrimony from my co-workers.

6. **Participation in Litigation.** My brother accepted service on my behalf in this matter at my fo1mer address, and I have not and will not challenge that service. ECF No. 10-2 at 7. I will continue to fully participate as a defendant in this lawsuit and am willing to defend my actions. I simply ask that my home address, contact, financial and employment information not be made public, because once it's out, it cannot be taken back.

I declare under penalty of perjury under the laws of the United States of America that the foregoing true and correct.

Executed on December 16, 2025, in Maricopa County, Arizona.

Sabrena Shabandir

# 2025.12.16 Kirkpatrick - Second Shabandir Declaration TO SIGN

Final Audit Report 2025-12-16

| | |
|---|---|
| Created: | 2025-12-16 |
| By: | Stephen Klein (steve@barrklein.com) |
| Status: | Signed |
| Transaction ID: | ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ |

## "2025.12.16 Kirkpatrick - Second Shabandir Declaration TO SIGN" History

**f:l** Document created by Stephen Klein (steve@barrklein.com)
2025-12-16 - 7:29:35 PM GMT- IP address: 104.11.122.248

**18.1.** Document emailed to Sabrena Shabandir ▬▬▬▬▬▬▬▬▬▬ for signature
2025-12-16- 7:29:39 PM GMT

**f:l** Email viewed by Sabrena Shabandir ▬▬▬▬▬▬▬▬▬▬
2025-12-16- 7:56:19 PM GMT- IP address:! ▬▬▬▬

**Oc,** Document e-signed by Sabrena Shabandir ▬▬▬▬▬▬▬▬▬▬
Signature Date: 2025-12-16 - 7:56:58 PM GMT - Time Source: server- IP address:l ▬▬▬▬

**0** Agreement completed.
2025-12-16- 7:56:58 PM GMT


fJ Adobe Acrobat Sign